# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON TEKLE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>A. WASHINGTON-ADDUCI, Warden,<br><br>　　　　Respondent. | Case No. CV 11-3044 R (JCG)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition filed pursuant to 28 U.S.C. § 2241, the Magistrate Judge's Report and Recommendation, and the remaining record. Petitioner filed no objections to the Report and Recommendation. The Court finds that the findings and conclusions of the Magistrate Judge should be accepted.

Accordingly, IT IS ORDERED THAT:

(1) the Report and Recommendation is accepted;

(2) Judgment be entered denying the Petition and dismissing this action with prejudice; and

(3) the Clerk serve copies of this Order and the Judgment on the parties.

DATED: _Oct. 11, 2011_　　　　_____
　　　　　　　　　　　　　　　　　HON. MANUEL L. REAL
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE