# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMON TEKLE,<br><br>                Petitioner,<br><br>                v.<br><br>A. WASHINGTON-ADDUCI,<br>Warden,<br><br>                Respondent. | Case No. CV 11-3044 R (JCG)<br><br>JUDGMENT |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: Oct. 11, 2011

_____
         HON. MANUEL L. REAL
    UNITED STATES DISTRICT JUDGE